UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEZHDA SAMERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 18-cv-01526-VC<br><br>**ORDER TO SHOW CAUSE** |

By order filed March 9, 2018, plaintiff Nadezhda Samers was directed to file a motion for summary judgment or for remand within 28 days of service of the defendant's answer to the complaint. See Dkt. No. 2. The defendant filed an answer on August 1, 2018. To date, Samers has not filed a motion for summary judgment or for remand.

Accordingly, Samers is ordered to show cause, in writing, no later than October 3, 2018, why her action should not be dismissed for failure to prosecute. To show good cause, Samers must file her motion for summary judgment or for remand, along with a declaration explaining why the motion was not filed within the time required by the Court's prior order. If Samers fails to do so, her action will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
VINCE CHHABRIA
United States District Judge